TOPEKA REALTY CO., INC., v. CASTLE HILL ESTATE, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GEORGE A. COLVIN v. WILLIAM E. LEHMAN and Others, Impleaded with THE COMMUNITY CHURCH (SECOND CONGREGATIONAL UNITARIAN CHURCH) OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and MEIER STEINBRINK, as Trustees, etc., of ISIDOR WARSCHAUER, Deceased, for the Benefit of CARRIE ROTHSCHILD. BANKERS TRUST COMPANY and Another, Appellants; WARREN W. FOSTER and Another, Respondents.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT F. WHITE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRY KAHN and MEYER ROSEN. — Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FERDINAND V. LUPORINI, INC., v. ROBERTO NATALINI.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BENJAMIN GANGEL v. SECOND AVENUE BATHS CORPORATION (NEW YORK).— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

OSMOND LEOPOLD KIRVEN v. GERTRUDE KIRVEN.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

VIRGINIA DYER GLENN and Another v. OAKDALE CONTRACTING CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the MOSCOW FIRE INSURANCE COMPANY and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of FREDERICK B. CAMPBELL and CAMPBELL & WHIPP.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of FREDERICK B. CAMPBELL and CAMPBELL & WHIPP.— Motion to dismiss appeal granted, without costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK,